# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-0429
_____

ANGEL GOITIA,

Appellant,

v.

AMERICAN AIRLINES and
SEDGWICK CMS,

Appellees.

_____

On appeal from an order of the Judge of Compensation Claims.
Edward R. Almeyda, Judge.

Date of Accident: August 26, 2013.

July 19, 2018

PER CURIAM.

AFFIRMED.

WETHERELL, BILBREY, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Toni L. Villaverde of Toni L. Villaverde, PLLC, Coral Gables, for Appellant.

Michael A. Hernandez of Jones, Hurley & Hand, P.A., Miami, for Appellees.